## ~~PROPOSED~~ ORDER/COVER SHEET

TO:     Honorable Patricia Trumbull           RE:    Jose Lito Campos
         U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief          DOCKET NO.:    CR 06-00425 RMW
          U.S. Pretrial Services Officer

                                                                        DATE:             12/3/2006

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                                       408-535-5230
U.S. Pretrial Services Officer                      TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _5_ on _Dec. 7, 2006_ at _11:00 AM_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_Patricia V. Trumbull_                                12/4/06
JUDICIAL OFFICER                                    DATE

Cover Sheet (12/03/02)