BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CAMPOS

**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LITO CAMPOS, et al.<br><br>    Defendants. | No. CR 06-00425 RMW<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE CONDITIONS OF RELEASE<br>AND APPEARANCE BOND<br><br>**Hon. Patricia V. Trumbull** |

## STIPULATION

On July 18, 2006, this Court issued an Order Setting Conditions of Release and Appearance Bond as to defendant Jose Lito Campos in the above-captioned matter. On December 7, 2006, the Court conducted a bail review hearing in view of Mr. Campos' arrest in a new matter. In view of the Order of Detention Pending Trial issued earlier that day by the Honorable Howard R. Lloyd in *United States v. Jose Lito Campos*, Docket No. CR 07-00061 RMW, the Court took no action. The parties hereby stipulate and agree that all terms and conditions of the July 18, 2006 Order Setting Conditions of Release may remain in full force and effect in the event that the Order of Detention is reconsidered and bail is set in CR 07-00061.

Stipulation and [Proposed] Order re Conditions of
Release                              1

Dated: February 21, 2007

s/
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: February 21, 2007

s/
THOMAS M. O'CONNELL
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued July 18, 2006 shall remain in full force and effect in the event that Mr. Campos is released in *United States v. Jose Lito Campos*, CR 07-00061 RMW.

Dated: February 26, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation and [Proposed] Order re Conditions of Release     2