1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5053
7    FAX: (408) 535-5066
     Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 3/27/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00425 RMW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [] |
| v. ) | ORDER EXCLUDING TIME |
| ) | |
| CHRISTINA MARIE FLORES, and ) | |
| JOSE LITO CAMPOS, ) | |
| ) | SAN JOSE VENUE |
| Defendants. ) | |
| ) | |

On January 29, 2007, the parties in this case appeared before the Court for a status conference. The parties jointly requested that the case be set for trial May 21, 2007. In addition, the parties requested an exclusion of time under the Speedy Trial Act from January 29, 2007 to May 21, 2007. Defendant Flores, who was present with her attorney, J.A. Hudson, agreed to the exclusion. Defendant Campos, who was present with his attorney, Assistant Federal Public Defender Cynthia Lie, also agreed to the exclusion. AUSA Thomas O'Connell also agreed. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    KEVIN V. RYAN
                                  United States Attorney

STIPULATION AND [] ORDER
NO. 06-00074 RMW                          1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 02/01/07 | _____/s/_____<br>THOMAS M. O'CONNELL<br>Assistant United States Attorney |
| 3 | | |
| 4 | DATED: 02/01/07 | _____/s/_____<br>CYNTHIA C. LIE<br>Assistant Federal Public Defender<br>Counsel for Mr. Campos |
| 5 | | |
| 6 | | |
| 7 | DATED: 02/01/07 | _____/s/_____<br>J.A. HUDSON<br>Counsel for Ms. Flores |
| 8 | | |
| 9 | | |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 29, 2007 to May 21, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 3/27/07                                       _Ronald M. Whyte_____
                                                     RONALD M. WHYTE
                                                     United States District Judge

STIPULATION AND [] ORDER
No. 06-00074 RMW                          2